DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARINA MUKANOVA,**
Appellant,

v.

**AIRLINE TRAINING ACADEMY, INC.,**
Appellee.

No. 4D2025-1771

[May 20, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kathleen Mary McHugh, Judge; L.T. Case No. 062025SC006000AXXXCE.

Marina Mukanova, Miami, pro se.

Mark Alan Schneider of Law Offices of Mark A. Schneider, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.  See Tillman v. State*, 471 So. 2d 32, 35 (Fla. 1985) ("In order to be preserved for further review by a higher court, an issue must be presented to the lower court and the specific legal argument or ground to be argued on appeal or review must be part of that presentation if it is to be considered preserved."); *Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory. Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal.").

KUNTZ, C.J., LEVINE and SHAW, JJ., concur.

\*        \*        \*

*Not final until disposition of timely-filed motion for rehearing.*